## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**SUZANNE GOLDA-MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

**ELISA MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

May 12, 2020

**U.S. COURTHOUSE**
**50 WALNUT ST.**
**ROOM 1001**
**NEWARK, NJ  07102**
**(973) 645-6161**
**FAX: (973) 645-2155**

www.njp.uscourts.gov

Andrea Lewis-Walker
Deputy-In-Charge
U.S. District Court
Martin Luther King Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

                         **RE: Adedouawongobou, Nabassin**
                         **Docket No.: 1:13CR00486-01**
                         **Request for Assignment of Case to**
                         **U.S. District Court Judge**

Dear Ms. Lewis-Walker:

On March 2, 2016, the above-referenced was sentenced by the Honorable Jose L. Linares, Chief United States District Judge, to 42 months' imprisonment, followed by three (3) years supervised release for Distribution and Possession with Intent to Distribute Heroin. Adedouawongobou was ordered to pay a $100 special assessment, a fine of $1,000, and abide by the special condition of no new debt. On February 23, 2018, Adedouawongobou commenced supervision in the Southern District of New York based off residency.

We are requesting this case be reassigned for judicial administration, so we can proceed with the attached Request for Early Termination.

If you have any questions or concerns, please contact Probation Technician, Kelly Maciel at (973) 943-0378. Thank you in advance for your anticipated cooperation.

                         Respectfully submitted,

                         SUSAN M. SMALLEY,
                         Chief U.S. Probation Officer

                         *Elisa Martinez/km*

                         By: Elisa Martinez
                         Supervising U.S. Probation Officer

Prepared By:    *Kelly Maciel*
                  Kelly Maciel, Probation Technician

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**SUZANNE GOLDA-MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

**ELISA MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

May 12, 2020

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ  07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Jose L. Linares – Designate
Chief United States District Judge
Martin Luther King Jr.
Federal Building & U.S. Courthouse
Newark, New Jersey 07102

**RE: Adedouawongobou, Nabassin**
**DKT NO:  2:13CR00486-001**
<u>**REQUEST FOR EARLY TERMINATION**</u>

Dear Judge Linares - Designate:

On March 2, 2016, the Honorable Jose L. Linares, Chief United States District Judge, sentenced the above-mentioned to 42 months' imprisonment, followed by three (3) years supervised release for Distribution and Possession with Intent to Distribute Heroin. Adedouawongobou was ordered to pay a $100 special assessment, a fine of $1,000, and abide by the special condition of no new debt. On February 23, 2018, supervision commenced in the Southern District of New York based off residency.

On May 7, 2020, we received a request from the U.S. Probation Office in the Southern District of New York to submit a motion for early termination.

Since the commencement of supervision, the person under supervision has complied with all the conditions of supervision. Adedouawongobou continues to reside at 575 Underhill Avenue, 1st Floor, Bronx, New York 10473 and is employed with Streetplus located in Brooklyn, New York as a street cleaner. As of November 30, 2018, all financial obligations have been satisfied. Adedouawongobou reflects a positive adjustment to supervision, and the probation office believes he has the necessary skill set to remain on the positive track. On February 23, 2018, he was transferred to the Southern District of New York's Low Intensity Caseload due to his level of compliance.

Title 18 United States Code, Sections 3564(c) and 3583(e)(1) permits the Court to terminate probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. Sections 3564(c) and 3583(e)(1) do not require "exceptional conduct" to justify early termination, and instead, direct district courts to consider the factors at 18 U.S.C § 3553(a).

Additionally, the *Guide*, Vol. 8, Ch. 3, Section 360.20(c) endorses six criteria to determine if an offender satisfies the minimal statutory factors to be considered for early termination, as follows:

> (1) The person does not meet the criteria of a career drug offender or career criminal as described in 28 U.S.C. § 994(h) or has not committed a sex offense or engaged in terrorism; (2) The person presents no identified risk of harm to the public or victims; (3) The person is free from any court-reported violations over a 12-month period; (4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) The person is in substantial compliance with all conditions of supervision; and (6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

In reviewing the offender's background and history of supervision, the person under supervision does meet the minimal criteria for early termination. Below is a check list for Your Honor's consideration and response. If Your Honor wishes to discuss this matter, please contact the undersigned officer at (973) 445-8519.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez/km*

By: Elisa Martinez
    Supervising U.S. Probation Officer

[X] Early termination granted.  Supervision term to end immediately.
[ ] Supervision to be continued.

_____
United States District Judge

_____
May 14, 2020
Date